■ In the Matter of NICHOLAS HOUTAS et al., Appellants, v STATE OF NEW YORK, Respondent. [650 NYS2d 993] —Appeal by the claimant from an order of the Court of Claims (Silverman, J.), dated July 26, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Silverman at the Supreme Court. Thompson, J. P., Joy, Krausman and Luciano, JJ., concur.